FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

first    Last    middle
Joshua James (Joseph)
#251603℮

Print the full name (first - middle - last) and
prisoner number of the plaintiff in this action.

23-05216

CIVIL ACTION

SECT. D MAG. 1
SECTION

versus

S. Bechet

M Lewis

Print the full name of all defendants in this
action.
**DO NOT WRITE et al.**

COMPLAINT

I.  Previous Lawsuits

   A.  Have you begun other lawsuits in state or federal court dealing with the same facts involved
       in this action or otherwise relating to your imprisonment?
       Yes ( )  No (X)

B. If your answer to A is "yes", describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to the previous lawsuit

   Plaintiffs _____

   _____

   Defendants _____

   _____

2. Court (If federal court, name of the district court; if state court, name the parish.) _____

3. Docket Number _____

4. Name of judge to whom case was assigned _____

   _____

5. Disposition (For example: Was this case dismissed? Was it appealed? Is it still pending?)

   _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

C. Have you had any previously filed federal lawsuits or appeals, whether or not related to the issues raised in this complaint, which have been dismissed as frivolous, malicious, or for failure to state a claim for which relief can be granted by any federal court?
Yes ( )   No (✓)

If your answer is "yes", list the civil action numbers and the disposition of each case. You also must identify in which federal district or appellate court the action was brought.

_____
_____

II. PLACE OF PRESENT CONFINEMENT: Orlean's Parish Sheriff office

A. Is there a prisoner grievance procedure in this institution?
Yes (✓)   No ( )

B. Did you present the facts relating to this complaint in the prisoner grievance procedure? Yes ( )   No (✓)

C. If your answer is "yes",

1. Attach a copy of all administrative complaints you have filed regarding the claims raised in this lawsuit and copies of all prison responses. If copies are not available, list the number assigned to the complaint(s) and approximate date it was presented to the prison. _____

2

2. As to each grievance compliant provided or listed above, have you exhausted or completed all steps in the procedure, including appeals? _____

_____maybe._____

D. If your answer is NO, explain why you have not done so: _____

i say maybe because i probably have or have not because i dont fully know the procedural steps but i filed a grievance for 14.935 Form which is this.

III. Parties

(In item A below, complete the following information. Do the same for additional plaintiffs, if any.)

A. Full Name of Plaintiff
(First - Middle - Last) Joshua Joseph James

Prisoner Number #2511038

Address 2800 Perdido St, 70119

Date of Birth 04/20/2004

Date of Arrest July 4th, 2022

Date of Conviction N/A

3

IMPORTANT: In the space provided below, place the full name of each defendant named in the caption, his or her official position, place of employment, and service address. If you have sued more than one defendant, provide this same information for every defendant you have named. Please attach an additional sheet, if necessary. **The parties listed below must be exactly the same as those listed in your caption.**

B.  Defendant S. Bechet is employed as Sergeant at Orleans Parish Sheriff Office.
    Address for service: 2800 Perdido St., 70119

C.  Defendant Michael Lewis is employed as Lieutenant at Orleans Parish Sheriff's Office
    Address for service: 2800 Perdido St., 70119

D.  Defendant _____ is employed as _____ at _____
    Address for service: _____

E.  Defendant _____ is employed as _____ at _____
    Address for service: _____

F.  Defendant _____ is employed as _____ at _____
    Address for service: _____

G.  Defendant _____ is employed as _____ at _____
    Address for service: _____

IV. **Statement of Claim**

(State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.)

(1) SGT. (Sergeant) S. Bechet on 8/24/23 at approximately 7:00 - 9:30 PM on POD 3-D which is (3-Delta,) I was deprived of my 8th admendment. I request to be removed from the environment because I realized I was not safe. I informed SGT. S. Bechet of this & he denied me safety, minute's later or maybe a hour I was assaulted & suffered from lacerations (puntured wounds) from another inmate, to the head & other body parts.

4

# Statement Of Claim

② Lt. (Lieutenant) Micheal Lewis also deprived me of my 8th admendment "Right To protection from violence" because I told him that moving me from 1 tier to another tier where i could possibly be harmed at, that i could be at Risk + i also told him to turn on his body camera so this could be documented. He responds to me by saying "my camera is dead" as i know of he is not suppose to patrol the campound with a dead camera. This occured on 8/24/23 at approximately 4:30 - 5:30 pm

V.  Relief

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

I would like to be compensated for my injuries + violations under the Protection (of Rights) of the Law of which i was not Protected from.

VI. Plaintiff's Declaration

1)   I declare under penalty of perjury that all facts represented in this complaint and any attachments hereto are true and correct.

2)   I understand that if I am released or transferred, it is my responsibility to keep the Court informed of my whereabouts and failure to do so may result in this action being dismissed with prejudice.

3)   I understand that I am prohibited from bringing a civil action in forma pauperis if I have brought three or more civil actions in a court of the United States while incarcerated or detained in any facility that were dismissed on the grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.

4)   I understand that even if I am allowed to proceed in forma pauperis, I am responsible for paying the entire $400.00 filing fee and any costs assessed by the Court, which shall be deducted from my inmate account by my custodian in installment payments as prescribed by law.

Signed this 1st day of September, 2023.

(Signature of Plaintiff)

10/2015

5

Name Joshua James
CCB.04/20/24 Folder#: 2516038
c/o The Orleans Justice Center Indigent Mail
Location: Pod 2E
3000 Perdido St.
New Orleans, LA 70119

NEW ORLEANS LA 700
8 SEP 2023 PM

U.S. District Court - Eastern
District court of Louisiana
500 Poydras St
New Orleans, LA 70130

Uncensored - OPSO
not responsible for contents