UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOSHUA JOSEPH JAMES** | **CIVIL ACTION** |
| **VERSUS** | **NO. 23-5216** |
| **S. BECHET, ET AL.** | **SECTION: D (3)** |

**ORDER**

The Court, having considered the Complaint (R. Doc. 1), the Motion to Dismiss Pursuant to 12(B)(6) (R. Doc. 19), the record, the applicable law, the Magistrate Judge's Report and Recommendation (R. Doc. 23), and the lack of objections thereto,[1] finds that the Report and Recommendation is neither clearly erroneous nor contrary to law. As such, the Court approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion.

Accordingly,

**IT IS HEREBY ORDERED** that the defendants' Motion to Dismiss Pursuant to 12(B)(6) (R. Doc. 19) is **DENIED.**

New Orleans, Louisiana, May 21, 2024.

*(signature)*
**WENDY B. VITTER**
**United States District Judge**

---

[1] The deadline for filing objections was May 10, 2024. *See,* R. Doc. 23.